WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1133 Westchester Avenue
White Plains, NY 10604
Tel: (914) 872-7104
Fax: (914) 323-7001
David L. Tillem
*Attorneys for Sterling National Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:                                                      :
                                                            :
                                                            :  Case No. 15-12688-mg
JOE'S PLACE OF THE BRONX, NY, INC.,                         :
                                                            :  Chapter 11
                                                            :
                    Debtor.                                 :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

NOTICE IS HEREBY GIVEN, pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that Wilson, Elser, Moskowitz, Edelman & Dicker LLP, by David L. Tillem, Esq., appears as counsel for the creditor, Sterling National Bank.

NOTICE IS FURTHER GIVEN, that pursuant to Bankruptcy Rules 2002 and 9010(b), the undersigned requests that all notices given or required to be given in the above-captioned Chapter 11 case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to Creditors and equity

5753337v.1

security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
> 1133 Westchester Avenue
> White Plains, New York 10604-3407
> Tel. (914) 872-7104
> Fax (914) 323-7001
> Attn.: David L. Tillem, Esq.
> David.Tillem@WilsonElser.com

NOTICE IS FURTHER GIVEN, that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or Debtor-in-Possession or the property of such Debtor or Debtor's estate.

Dated:  White Plains, New York
        November 9, 2015

> WILSON, ELSER, MOSKOWITZ,
> EDELMAN & DICKER LLP
> *Counsel for Sterling National Bank*
>
> By:____/s/ David L. Tillem_____
> David L. Tillem
> 1133 Westchester Avenue
> White Plains, NY  10604
> Tel. No.: (914) 872-7104
> Fax. No.: (914) 323-7001
> E-Mail: David.Tillem@WilsonElser.com
> File No.: 12091.00016

5753337v.1

TO:

Ortiz & Ortiz, LLP
32-72 Steinway Street
Suite 402
Astoria, New York  11103

Office of the United States Trustee
U.S. Federal office Building
201 Varick Street
Room 1006
New York, New York 10014

Consolidated Edison Company of New York, Inc.
Bankruptcy Group
4 Irving Place, Room 1875-S
New York, NY 10003

Department of the Tresaury
Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

New York State Department of
Taxation & Finance
Attn: Enid Nagler Stuart
120 Broadway - 24th Floor
New York, New York 10271

New York State Department of Taxation & Finance
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

State of NY Dept of Labor
Unemployment Insurance Division
Gov. W Averell Harriman
State Office Bldg Campus
Bldg 12, Room 256
Albany, NY 11240

5753337v.1